IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



| | |
|---|---|
| MILLENNIUM TGA, INCORPORATED<br>A Hawaii Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JOEL LEON, an individual, and JOHN DOES #<br>1-5, whose true identities are unknown,<br><br>Defendants. | Case No.<br><br>COMPLAINT |

## COMPLAINT

Plaintiff MILLENNIUM TGA, INCORPORATED ("Millennium," or the "Plaintiff") appears before this Court to file this Complaint against Defendant Joel Leon ("Leon" or the "Defendant"), John Does # 1-5, whose true identities are unknown (the "Doe Defendants") and alleges as follows:

### PRELIMINARY STATEMENT

1.      This is an action by Millennium, a Hawaii corporation, to recover damages arising from massive infringement of Millennium's copyrights in its creative works by Leon, a dedicated serial pirate of its content.  Millennium does business under the trade names "Grooby Productions," "Black TGirls" and "Shemale Yum."

2.      For many years, Leon accessed Millennium's online services using passwords that were hacked or stolen from other members; copied Millennium's exclusive, copyrighted content; and unlawfully distributed it on his various web logs ("blogs") and one-click hosting sites, promoting these uploads on his websites so that more people would download the stolen files – allowing Leon to monetize his unlawful scheme.

3.     After unlawfully obtaining access to Plaintiff's online service, Leon downloaded and copied as many copyrighted works as possible. Leon would then upload photographs that belonged to the Plaintiff to his free website, providing links for visitors to download them from one-click hosting sites, obviating the need for internet surfers to subscribe to Plaintiff's online services to receive its exclusive content.

4.     Defendants specifically uploaded Plaintiff's works to one-click hosting websites that allowed users to upload files to the website's servers without prior review or policing, so that others may download those files for free (and, for paying a premium price to the file-hosting service, may download them at enhanced speeds).

5.     Such one-click hosting sites often have membership or affiliate programs that give benefits such as unlimited high-speed downloads – a service normally bearing a monthly fee – or straight cash, to members who upload files that are downloaded many times. Some of the sites that Leon and the Doe Defendants used, such as Megaupload.com and FileSonic.com, have since terminated their affiliate programs; Megaupload in particular has been shut down and many of its principals indicted for criminal activity related to the site's operation – including, at least in part, its operation of an affiliate program described above.[1]

6.     Leon's promotion of his stolen content, which he uploaded to file locker sites that rewarded Leon based on the number times his files were downloaded, was done not only to unlawfully distribute Millennium's content, but to enrich Leon and his affiliates as well.

---

[1] U.S. Dept. of Justice, Justice Department Charges Leaders of Megaupload with Widespread Online Copyright Infringement (Jan. 19, 2012), http://www.justice.gov/opa/pr/2012/January/12-crm-074.html (*last accessed* Jan. 20, 2012).

        7.     Defendant Leon specifically infringed on the following copyrighted works at various points up until the summer of 2011, the copyright registration certificates for which are attached as follows:

        a.     Group Registration Photos, Brooke Zanell 3 Shemale Yum, published June 18, 2010; 109 photos, Exhibit A;

        b.     Group Registration Photos, Chrissy 3 Shemale Yum, published October 10, 2008; 116 photos, Exhibit B;

        c.     Group Registration Photos, Ciara Dash 2 Black TGirls, published October 5, 2010; 103 photos, Exhibit C;

        d.     Group Registration Photos, Jordan Dahl 1 Shemale Yum, published December 18, 2009; 87 photos, Exhibit D;

        e.     Group Registration Photos, Kamely Girl of the Month Shemale Yum, published August 12, 2007; 81 photos, Exhibit E;

        f.     Group Registration Photos, Kamora 9 Black TGirls, published December 14, 2010; 105 photos, Exhibit F;

        g.     Group Registration Photos, Melania 11 Shemale Yum, published October 22, 2010; 103 photos, Exhibit G;

        h.     Group Registration Photos, Nelly 4 Shemale Yum, published October 30, 2009; 115 photos, Exhibit H;

        i.     Group Registration Photos, Rachel 1 Shemale Yum, published April 23, 2010; 96 photos, Exhibit I;

        j.     Group Registration Photos, Samantha H. 1 Shemale Yum, published May 15, 2009; 90 photos, Exhibit J;

k.    Audiovisual work Jordan Dahl 1, Shemale Yum, December 18, 2009, Exhibit K;

l.    Audiovisual work Kamora 9, Black TGirls, December 14, 2010, Exhibit L;

m.    Audiovisual work Melania 1, Shemale Yum, October 22, 2010, Exhibit M;

n.    Audiovisual work Anzel1, Shemale Yum, May 14, 2010, Exhibit N;

o.    Audiovisual work Amanda1, Shemale Yum, January 7, 2011, Exhibit O;

p.    Audiovisual work Brooke Zanell 3, Shemale Yum, June 18, 2010, Exhibit P;

q.    Audiovisual work Chrissy 3, Shemale Yum, October 10, 2008, Exhibit Q; and

r.    Audiovisual work Ciara Dash 2, BlackTGirls, October 5, 2010, Exhibit R.

8.    Defendants John Doe 1-5 are presently unknown associates of Leon, who assisted in various aspects of this scheme.  The Doe Defendants' conduct included including obtaining passwords, unlawfully copying and distributing Millennium's copyrighted works, and providing other material aid to Leon in effecting this scheme.

## JURISDICTION AND VENUE

9.    This is a civil action for injunctive and legal relief for the following harms:

a.    copyright infringement, 17 U.S.C. §501 et seq.;

b.    unauthorized use of a computer network (colloquially, "hacking"), 18 U.S.C. § 1030(g); and

c.    civil conspiracy.

10.    This Court has subject matter jurisdiction over Plaintiff Millennium's claims for copyright infringement, trademark infringement and related claims; 17 U.S.C. §101, *et. seq.*; 18 U.S.C. § 1030(g); and 28 U.S.C. §§1331 and 1338.

11.    The Court has personal jurisdiction over each of the Defendants on account of using Softlayer, Incorporated, located within this District, to host the infringing blog.

12.     Venue is proper in this Court pursuant to 28 U.S.C. §§1391(b), (c) and (d), and 28 U.S.C. §1400(a).

## PARTIES

13.     Plaintiff Millennium is a Hawaii corporation, doing business as Grooby Productions, Black TGirls and Shemale Yum, with its principal place of business in California.  Plaintiff produces, markets, and distributes adult entertainment visual and audiovisual works specializing in transsexual content, including, inter alia, Internet website content, videos, DVDs, and photographs.

14.     Leon is a resident of the state of New York.  Leon has been observed hacking and stealing passwords for Plaintiff's services over several years, which he then uploaded to both his blog and numerous one-click hosting sites so that he could distribute Millennium's works – and profit from his unlawful acts.

15.     The true names and identities of John Does # 1-5, and the capacities in which they were associates of Defendant Leon are unknown.  Plaintiff believes and avers that Defendant Leon did not act alone, and that these unknown individuals committed, or assisted in committing, the unauthorized access of Millennium's online services, and the unauthorized copying and distribution of Millennium's copyrighted content.

## FACTS COMMON TO ALL CLAIMS

16.     Leon is no stranger to Millennium.  For several years, Leon has made a hobby – and then a living – off of stealing and redistributing Millennium's copyrighted works.

17.     Leon's plan was simple, and enabled by the realities of the internet: Leon would participate in message boards and other groups where passwords for membership-based websites including Millennium's were exchanged among members so that they could unlawfully access content contained within the members-only area.

18.     By using these unlawfully obtained passwords, users such as Leon were able to access, download and copy Millennium's content without paying for it.

19.     After accessing Millennium's secure members-only webpages with stolen login information, Leon and his associates would then download Millennium's content onto their computers and other storage devices.

20.     The material Leon downloaded from Millennium's secure members-only webpages included full-length audiovisual works, individual photographs, and entire sets of photographs that Millennium created for the benefit and enjoyment of its paying members.

21.     Leon and others would then upload this unlawfully stolen content to other internet-based sources.

22.     First, Leon and others would upload Millennium's photo sets and full-length videos to one-click hosting sites, such as FileSonic.com and Megaupload.com.

23.     One-click hosting sites such as FileSonic and Megaupload offered free storage for large files – often up to 500 megabytes.

24.     Such websites are (or were) often used for the widespread unauthorized sharing of copyrighted materials, including television shows, movies, albums, books and images.

25.     These websites also offer monetary compensation for users who upload files that are widely downloaded, rewarding those who add highly desirable files with thousands of dollars after other visitors to the one-click hosting sites have downloaded them a sufficient number of times.

26.     By uploading these files, Leon not only copied and distributed Millennium's visual and audiovisual works without authorization – but profited from doing so as well.

27.     To ensure that Leon's uploaded files were widely distributed, he and his associates posted direct links to the webpages where users could download Millennium's works that Leon

uploaded to the one-click hosting sites to a web log, or "blog," that Leon maintained at URLs including, but not limited to, <www.soloshemales.co.cc> and <www.soloshemales.co>.

28.    This Blog did not have a registered agent for the notification of copyright infringements as required by the Digital Millennium Copyright Act, 17 U.S.C. § 512, and therefore is ineligible for any safe harbors against liability that law provides.[2]

29.    At the Blog, visitors were presented with links to one-click hosting sites that allowed them to download the files Leon had unlawfully uploaded.

30.    On information and belief, Blog visitors followed the links on the Blog to the one-click hosting sites and downloaded Millennium's stolen, copyrighted content, which Leon had posted there.

31.    In order to ensure the greatest number of people possible downloaded the files Leon uploaded to the one-click hosting sites, accompanied his links to the hosting sites with full images taken from the visual or audiovisual works hosted there.

## COUNTS I-XVIII – COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501
### (Against All Defendants)

32.    Plaintiff repeats and re-alleges paragraphs 1-31 as if set forth herein.

33.    Millennium is the exclusive owner of all the rights defined in 17 U.S.C. § 106 for the works covered by the copyright applications attached hereto as Exhibits A-R.

34.    Defendant Leon and the Doe Defendants created copies of each and every one of the works identified by the copyright applications attached hereto as Exhibits A-R by uploading the files to one-click hosting sites such as, but not limited to, FileSonic.

---

[2] The Defendants' "soloshemales" blogs are nowhere to be found in the Copyright Office's comprehensive registry of sites that have appointed a registered agent in order to comply with 17 U.S.C. § 512(c). *See* http://www.copyright.gov/onlinesp/list/s_agents.html.

35.     By uploading Millennium's works to those sites, where third parties could download them for their own use, Leon and the Doe Defendants distributed Millennium's works without Plaintiff's authorization.

36.     Leon and the Doe Defendants further distributed Millennium's works by posting and heavily promoting links to the one-click hosting sites where they had uploaded them.

37.     The Defendants' unauthorized copying and distribution of the works violated Millennium's exclusive rights under 17 U.S.C. § 106.

**COUNTS XIX-XXVII – VICARIOUS COPYRIGHT INFRINGEMENT
UNDER 17 U.S.C. § 501
(Against All Defendants)**

38.     Plaintiff repeats and re-alleges paragraphs 1-31 as if set forth herein.

39.     The Defendants' unauthorized copying and distribution of the works violated Millennium's exclusive rights under 17 U.S.C. § 106.

40.     After defendants uploaded the works protected by the copyright registration certificates attached hereto in Exhibits A-R to one-click hosting sites, they retained the right and ability to control the files.

41.     The Defendants' right to control the infringing material extended up to and including the right and ability to disable third parties' access to the files, such as removing the infringing material from the one-click hosting sites.

42.     Defendants received a financial benefit from their infringement of Millennium's works, namely through the financial and in-kind rewards provided through the affiliate programs offered by MegaUpload, FileSonic and other services.

**COUNT XXVIII – FRAUD AND RELATED ACTIVITY IN CONNECTION
WITH COMPUTERS UNDER 18 U.S.C. § 1030(g)
(Against All Defendants)**

43.     Plaintiff repeats and re-alleges paragraphs 1-31 as if set forth herein.

44.     Leon and the Doe Defendants used unlawfully obtained passwords to access the password-protected members-only portion of Millennium's interactive online computer service.

45.     At no time did Leon nor the other Doe Defendants have legal permissions nor lawful access to this members-only area, and circumvented its password protection by improperly using passwords that Millennium had assigned to other users.

46.     In taking these actions, Leon and the Doe Defendants accessed Millennium's computers and computer services without authorization to do so.

47.     As visitors of Millennium's websites who did not have memberships or passwords for accessing members-only areas, Leon and the Doe Defendants exceeded their authorized access of Millennium's computer services by using stolen passwords to access Millennium's members-only website and computer services.

48.     The actions of Leon and the Doe Defendants as a result of their unauthorized access of Millennium's services have cost Plaintiff more than $5,000.00 in economic damages.

## COUNT XXIX– CIVIL CONSPIRACY
### (Against All Defendants)

49.     Plaintiff repeats and re-alleges paragraphs 1-31 as if set forth herein.

50.     Defendant Leon and the Doe Defendants worked in concert to unlawfully copy and distribute Plaintiff Millennium's visual and audiovisual works.

51.     All of the Defendants worked in concert to obtain and share user passwords needed for their unauthorized access of Millennium's members-only online service.

52.     All of the Defendants acted in concert to copy and download visual and audiovisual works from Millennium's password-protected members-only online service, which they then

cooperated to copy and upload to one-click hosting sites, where they were distributed freely to third parties.

53.     Leon and the Doe Defendants promoted this infringement by supplying hyperlinks on their Blog that led directly to the user download page for those files found on one-click hosting sites.

54.     All of the Defendants participated in this common scheme of unlawful computer system access and copyright infringement for their financial benefit; upon information and belief, Plaintiff alleges that the Defendants engaged in this conspiracy to reap the monetary compensation provided by the one-click hosting sites as a reward for the files they uploaded – Millennium's works – being widely downloaded.

<b><u>REQUEST FOR RELIEF</u></b>

Millennium respectfully requests that the Court hereby:

(1)     Enter a judgment declaring that Defendants, jointly and severally, with a common plan, purpose or scheme, willfully infringed Plaintiff's rights in federally registered copyrights pursuant to 17 U.S.C. §501 through direct, contributory, vicarious, and inducing acts;

(2)     Enter a judgment finding the Defendants were involved in a civil conspiracy to commit the aforementioned wrongful acts and are therefore all jointly and severally liable for all of the co-conspirators' acts;

(3)     Enter a judgment against Defendants for Millennium's full actual damages arising from Defendants' copyright infringement under 17 U.S.C. § 501;

(4)     Enter a judgment against Defendants for Millennium's full economic damages arising from the Defendants' violation of 18 U.S.C. § 1030;

(5)     Enter an order directing the Defendants, jointly and severally, pay Plaintiff Millennium both the costs of action and the reasonable attorney's fees incurred by it in prosecuting this action pursuant to 17 U.S.C. §505.

(6)     Enter a judgment enjoining the Defendants from future copyright infringement; and,

(7)     Grant to Millennium whatever and further relief, either in law or in equity, to which this Court deems it fit to receive.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all claims so triable.

Date: March 20, 2012

Respectfully submitted,

David Lin
david@ilawco.com
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: 718-243-9325
Facsimile:  718-243-9326

J. Malcolm DeVoy IV (*pro hac vice* pending)
jmd@randazza.com
RANDAZZA LEGAL GROUP
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile:  305-437-7662

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-789-884

**Effective date of
registration:**

August 30, 2011

---

## Title

**Title of Work:** Group Registration Photos, Brooke Zanell 3 Shemale Yum, published June 18, 2010;
109 photos

**Contents Titles:** brookezanell3061.jpg, June 18, 2010

brookezanell3062.jpg, June 18, 2010

brookezanell3063.jpg, June 18, 2010

brookezanell3064.jpg, June 18, 2010

brookezanell3065.jpg, June 18, 2010

brookezanell3066.jpg, June 18, 2010

brookezanell3067.jpg, June 18, 2010

brookezanell3068.jpg, June 18, 2010

brookezanell3069.jpg, June 18, 2010

brookezanell3070.jpg, June 18, 2010

brookezanell3071.jpg, June 18, 2010

brookezanell3072.jpg, June 18, 2010

brookezanell3073.jpg, June 18, 2010

brookezanell3074.jpg, June 18, 2010

brookezanell3075.jpg, June 18, 2010

brookezanell3076.jpg, June 18, 2010

brookezanell3077.jpg, June 18, 2010

brookezanell3078.jpg, June 18, 2010

brookezanell3079.jpg, June 18, 2010

brookezanell3080.jpg, June 18, 2010

brookezanell3081.jpg, June 18, 2010

brookezanell3082.jpg, June 18, 2010

brookezanell3083.jpg, June 18, 2010

brookezanell3084.jpg, June 18, 2010



brookezanell3085.jpg, June 18, 2010

brookezanell3086.jpg, June 18, 2010

brookezanell3087.jpg, June 18, 2010

brookezanell3088.jpg, June 18, 2010

brookezanell3089.jpg, June 18, 2010

brookezanell3090.jpg, June 18, 2010

brookezanell3091.jpg, June 18, 2010

brookezanell3092.jpg, June 18, 2010

brookezanell3093.jpg, June 18, 2010

brookezanell3094.jpg, June 18, 2010

brookezanell3095.jpg, June 18, 2010

brookezanell3096.jpg, June 18, 2010

brookezanell3097.jpg, June 18, 2010

brookezanell3098.jpg, June 18, 2010

brookezanell3099.jpg, June 18, 2010

brookezanell3100.jpg, June 18, 2010

brookezanell3101.jpg, June 18, 2010

brookezanell3102.jpg, June 18, 2010

brookezanell3103.jpg, June 18, 2010

brookezanell3104.jpg, June 18, 2010

brookezanell3105.jpg, June 18, 2010

brookezanell3106.jpg, June 18, 2010

brookezanell3107.jpg, June 18, 2010

brookezanell3108.jpg, June 18, 2010

brookezanell3109.jpg, June 18, 2010

brookezanell3001.jpg, June 18, 2010

brookezanell3002.jpg, June 18, 2010

brookezanell3003.jpg, June 18, 2010

brookezanell3004.jpg, June 18, 2010

brookezanell3005.jpg, June 18, 2010

brookezanell3006.jpg, June 18, 2010

brookezanell3007.jpg, June 18, 2010

brookezanell3008.jpg, June 18, 2010

brookezanell3009.jpg, June 18, 2010

brookezanell3010.jpg, June 18, 2010

brookezanell3011.jpg, June 18, 2010

brookezanell3012.jpg, June 18, 2010

brookezanell3013.jpg, June 18, 2010

brookezanell3014.jpg, June 18, 2010

brookezanell3015.jpg, June 18, 2010
brookezanell3016.jpg, June 18, 2010
brookezanell3017.jpg, June 18, 2010
brookezanell3018.jpg, June 18, 2010
brookezanell3019.jpg, June 18, 2010
brookezanell3020.jpg, June 18, 2010
brookezanell3021.jpg, June 18, 2010
brookezanell3022.jpg, June 18, 2010
brookezanell3023.jpg, June 18, 2010
brookezanell3024.jpg, June 18, 2010
brookezanell3025.jpg, June 18, 2010
brookezanell3026.jpg, June 18, 2010
brookezanell3027.jpg, June 18, 2010
brookezanell3028.jpg, June 18, 2010
brookezanell3029.jpg, June 18, 2010
brookezanell3030.jpg, June 18, 2010
brookezanell3031.jpg, June 18, 2010
brookezanell3032.jpg, June 18, 2010
brookezanell3033.jpg, June 18, 2010
brookezanell3034.jpg, June 18, 2010
brookezanell3035.jpg, June 18, 2010
brookezanell3036.jpg, June 18, 2010
brookezanell3037.jpg, June 18, 2010
brookezanell3038.jpg, June 18, 2010
brookezanell3039.jpg, June 18, 2010
brookezanell3040.jpg, June 18, 2010
brookezanell3041.jpg, June 18, 2010
brookezanell3042.jpg, June 18, 2010
brookezanell3043.jpg, June 18, 2010
brookezanell3044.jpg, June 18, 2010
brookezanell3045.jpg, June 18, 2010
brookezanell3046.jpg, June 18, 2010
brookezanell3047.jpg, June 18, 2010
brookezanell3048.jpg, June 18, 2010
brookezanell3049.jpg, June 18, 2010
brookezanell3050.jpg, June 18, 2010
brookezanell3051.jpg, June 18, 2010
brookezanell3052.jpg, June 18, 2010
brookezanell3053.jpg, June 18, 2010

brookezanell3054.jpg, June 18, 2010

brookezanell3055.jpg, June 18, 2010

brookezanell3056.jpg, June 18, 2010

brookezanell3057.jpg, June 18, 2010

brookezanell3058.jpg, June 18, 2010

brookezanell3059.jpg, June 18, 2010

brookezanell3060.jpg, June 18, 2010

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | June 18, 2010 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| **Author:** | Millennium TGA, Inc. |
| **Author Created:** | photograph(s) |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Millennium TGA, Inc. |
| **Name:** | Steven Gallon |
| **Email:** | swg@millenniumtga.com |
| **Address:** | 3133 W. Burbank Blvd. |
| | Burbank, CA 91505  United States |

**Telephone:** 818-729-9276

## Certification

| | |
|---|---|
| **Name:** | Steven Gallon |
| **Date:** | August 30, 2011 |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-789-869

**Effective date of registration:**

August 30, 2011

---

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Group Registration Photos, Chrissy 3 Shemale Yum, published October 10, 2008; 116 photos

**Contents Titles:** chrissy3001.jpg, October 10, 2008

chrissy3002.jpg, October 10, 2008

chrissy3003.jpg, October 10, 2008

chrissy3004.jpg, October 10, 2008

chrissy3005.jpg, October 10, 2008

chrissy3006.jpg, October 10, 2008

chrissy3007.jpg, October 10, 2008

chrissy3008.jpg, October 10, 2008

chrissy3009.jpg, October 10, 2008

chrissy3010.jpg, October 10, 2008

chrissy3011.jpg, October 10, 2008

chrissy3012.jpg, October 10, 2008

chrissy3013.jpg, October 10, 2008

chrissy3014.jpg, October 10, 2008

chrissy3015.jpg, October 10, 2008

chrissy3016.jpg, October 10, 2008

chrissy3017.jpg, October 10, 2008

chrissy3018.jpg, October 10, 2008

chrissy3019.jpg, October 10, 2008

chrissy3020.jpg, October 10, 2008

chrissy3021.jpg, October 10, 2008

chrissy3022.jpg, October 10, 2008

chrissy3023.jpg, October 10, 2008

chrissy3024.jpg, October 10, 2008

chrissy3025.jpg, October 10, 2008
chrissy3026.jpg, October 10, 2008
chrissy3027.jpg, October 10, 2008
chrissy3028.jpg, October 10, 2008
chrissy3029.jpg, October 10, 2008
chrissy3030.jpg, October 10, 2008
chrissy3031.jpg, October 10, 2008
chrissy3032.jpg, October 10, 2008
chrissy3033.jpg, October 10, 2008
chrissy3034.jpg, October 10, 2008
chrissy3035.jpg, October 10, 2008
chrissy3036.jpg, October 10, 2008
chrissy3037.jpg, October 10, 2008
chrissy3038.jpg, October 10, 2008
chrissy3039.jpg, October 10, 2008
chrissy3040.jpg, October 10, 2008
chrissy3041.jpg, October 10, 2008
chrissy3042.jpg, October 10, 2008
chrissy3043.jpg, October 10, 2008
chrissy3044.jpg, October 10, 2008
chrissy3045.jpg, October 10, 2008
chrissy3046.jpg, October 10, 2008
chrissy3047.jpg, October 10, 2008
chrissy3048.jpg, October 10, 2008
chrissy3049.jpg, October 10, 2008
chrissy3050.jpg, October 10, 2008
chrissy3051.jpg, October 10, 2008
chrissy3052.jpg, October 10, 2008
chrissy3053.jpg, October 10, 2008
chrissy3054.jpg, October 10, 2008
chrissy3055.jpg, October 10, 2008
chrissy3056.jpg, October 10, 2008
chrissy3057.jpg, October 10, 2008
chrissy3058.jpg, October 10, 2008
chrissy3059.jpg, October 10, 2008
chrissy3060.jpg, October 10, 2008
chrissy3061.jpg, October 10, 2008
chrissy3062.jpg, October 10, 2008
chrissy3063.jpg, October 10, 2008



chrissy3064.jpg, October 10, 2008
chrissy3065.jpg, October 10, 2008
chrissy3066.jpg, October 10, 2008
chrissy3067.jpg, October 10, 2008
chrissy3068.jpg, October 10, 2008
chrissy3069.jpg, October 10, 2008
chrissy3070.jpg, October 10, 2008
chrissy3071.jpg, October 10, 2008
chrissy3072.jpg, October 10, 2008
chrissy3073.jpg, October 10, 2008
chrissy3074.jpg, October 10, 2008
chrissy3075.jpg, October 10, 2008
chrissy3076.jpg, October 10, 2008
chrissy3077.jpg, October 10, 2008
chrissy3078.jpg, October 10, 2008
chrissy3079.jpg, October 10, 2008
chrissy3080.jpg, October 10, 2008
chrissy3081.jpg, October 10, 2008
chrissy3082.jpg, October 10, 2008
chrissy3083.jpg, October 10, 2008
chrissy3085.jpg, October 10, 2008
chrissy3086.jpg, October 10, 2008
chrissy3087.jpg, October 10, 2008
chrissy3088.jpg, October 10, 2008
chrissy3089.jpg, October 10, 2008
chrissy3090.jpg, October 10, 2008
chrissy3091.jpg, October 10, 2008
chrissy3092.jpg, October 10, 2008
chrissy3093.jpg, October 10, 2008
chrissy3094.jpg, October 10, 2008
chrissy3095.jpg, October 10, 2008
chrissy3096.jpg, October 10, 2008
chrissy3097.jpg, October 10, 2008
chrissy3098.jpg, October 10, 2008
chrissy3099.jpg, October 10, 2008
chrissy3100.jpg, October 10, 2008
chrissy3101.jpg, October 10, 2008
chrissy3102.jpg, October 10, 2008
chrissy3103.jpg, October 10, 2008

chrissy3104.jpg, October 10, 2008

chrissy3105.jpg, October 10, 2008

chrissy3106.jpg, October 10, 2008

chrissy3107.jpg, October 10, 2008

chrissy3108.jpg, October 10, 2008

chrissy3109.jpg, October 10, 2008

chrissy3110.jpg, October 10, 2008

chrissy3111.jpg, October 10, 2008

chrissy3112.jpg, October 10, 2008

chrissy3113.jpg, October 10, 2008

chrissy3114.jpg, October 10, 2008

chrissy3115.jpg, October 10, 2008

chrissy3116.jpg, October 10, 2008

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2008 |
| Date of 1st Publication: | October 10, 2008 |

Nation of 1st Publication: United States

## Author

| | |
|---|---|
| ■  Author: | Millennium TGA, Inc. |
| Author Created: | photograph(s) |
| Work made for hire: | Yes |
| Citizen of: | United States |

Domiciled in: United States

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Millennium TGA, Inc. |
| | 3133 W. Burbank Blvd., Burbank, CA, 91505 |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Millennium TGA, Inc. |
| Name: | Steven  Gallon |
| Email: | swg@millenniumtga.com |
| Address: | 3133 W. Burbank Blvd. |
| | Burbank, CA 91505  United States |

Telephone:   818-729-9276

## Certification

| | |
|---|---|
| Name: | Steven Gallon |
| Date: | August 30, 2011 |

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-789-852

**Effective date of registration:**

August 30, 2011

---

**Title** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Group Registration Photos, Ciara Dash 2 Black TGirls, published October 5, 2010; 103 photos

**Contents Titles:** ciaradash2001.jpg, October 5, 2010

ciaradash2002.jpg, October 5, 2010

ciaradash2003.jpg, October 5, 2010

ciaradash2004.jpg, October 5, 2010

ciaradash2005.jpg, October 5, 2010

ciaradash2006.jpg, October 5, 2010

ciaradash2007.jpg, October 5, 2010

ciaradash2008.jpg, October 5, 2010

ciaradash2009.jpg, October 5, 2010

ciaradash2010.jpg, October 5, 2010

ciaradash2011.jpg, October 5, 2010

ciaradash2012.jpg, October 5, 2010

ciaradash2013.jpg, October 5, 2010

ciaradash2014.jpg, October 5, 2010

ciaradash2015.jpg, October 5, 2010

ciaradash2016.jpg, October 5, 2010

ciaradash2017.jpg, October 5, 2010

ciaradash2018.jpg, October 5, 2010

ciaradash2019.jpg, October 5, 2010

ciaradash2020.jpg, October 5, 2010

ciaradash2021.jpg, October 5, 2010

ciaradash2022.jpg, October 5, 2010

ciaradash2023.jpg, October 5, 2010

ciaradash2024.jpg, October 5, 2010

ciaradash2025.jpg, October 5, 2010

ciaradash2026.jpg, October 5, 2010

ciaradash2027.jpg, October 5, 2010

ciaradash2028.jpg, October 5, 2010

ciaradash2029.jpg, October 5, 2010

ciaradash2030.jpg, October 5, 2010

ciaradash2031.jpg, October 5, 2010

ciaradash2032.jpg, October 5, 2010

ciaradash2033.jpg, October 5, 2010

ciaradash2034.jpg, October 5, 2010

ciaradash2035.jpg, October 5, 2010

ciaradash2036.jpg, October 5, 2010

ciaradash2037.jpg, October 5, 2010

ciaradash2038.jpg, October 5, 2010

ciaradash2039.jpg, October 5, 2010

ciaradash2040.jpg, October 5, 2010

ciaradash2041.jpg, October 5, 2010

ciaradash2042.jpg, October 5, 2010

ciaradash2043.jpg, October 5, 2010

ciaradash2044.jpg, October 5, 2010

ciaradash2045.jpg, October 5, 2010

ciaradash2046.jpg, October 5, 2010

ciaradash2047.jpg, October 5, 2010

ciaradash2048.jpg, October 5, 2010

ciaradash2049.jpg, October 5, 2010

ciaradash2050.jpg, October 5, 2010

ciaradash2051.jpg, October 5, 2010

ciaradash2052.jpg, October 5, 2010

ciaradash2053.jpg, October 5, 2010

ciaradash2054.jpg, October 5, 2010

ciaradash2055.jpg, October 5, 2010

ciaradash2056.jpg, October 5, 2010

ciaradash2057.jpg, October 5, 2010

ciaradash2058.jpg, October 5, 2010

ciaradash2059.jpg, October 5, 2010

ciaradash2060.jpg, October 5, 2010

ciaradash2061.jpg, October 5, 2010

ciaradash2062.jpg, October 5, 2010

ciaradash2063.jpg, October 5, 2010



ciaradash2064.jpg, October 5, 2010

ciaradash2065.jpg, October 5, 2010

ciaradash2066.jpg, October 5, 2010

ciaradash2067.jpg, October 5, 2010

ciaradash2068.jpg, October 5, 2010

ciaradash2069.jpg, October 5, 2010

ciaradash2070.jpg, October 5, 2010

ciaradash2071.jpg, October 5, 2010

ciaradash2072.jpg, October 5, 2010

ciaradash2073.jpg, October 5, 2010

ciaradash2074.jpg, October 5, 2010

ciaradash2075.jpg, October 5, 2010

ciaradash2076.jpg, October 5, 2010

ciaradash2077.jpg, October 5, 2010

ciaradash2078.jpg, October 5, 2010

ciaradash2079.jpg, October 5, 2010

ciaradash2080.jpg, October 5, 2010

ciaradash2081.jpg, October 5, 2010

ciaradash2082.jpg, October 5, 2010

ciaradash2083.jpg, October 5, 2010

ciaradash2084.jpg, October 5, 2010

ciaradash2085.jpg, October 5, 2010

ciaradash2086.jpg, October 5, 2010

ciaradash2087.jpg, October 5, 2010

ciaradash2088.jpg, October 5, 2010

ciaradash2089.jpg, October 5, 2010

ciaradash2090.jpg, October 5, 2010

ciaradash2091.jpg, October 5, 2010

ciaradash2092.jpg, October 5, 2010

ciaradash2093.jpg, October 5, 2010

ciaradash2094.jpg, October 5, 2010

ciaradash2095.jpg, October 5, 2010

ciaradash2096.jpg, October 5, 2010

ciaradash2097.jpg, October 5, 2010

ciaradash2098.jpg, October 5, 2010

ciaradash2099.jpg, October 5, 2010

ciaradash2100.jpg, October 5, 2010

ciaradash2101.jpg, October 5, 2010

ciaradash2102.jpg, October 5, 2010

ciaradash2103.jpg, October 5, 2010

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | October 5, 2010 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| ■ **Author:** | Millennium TGA, Inc. |
| **Author Created:** | photograph(s) |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Millennium TGA, Inc. |
| **Name:** | Steven Gallon |
| **Email:** | swg@millenniumtga.com |
| **Address:** | 3133 W. Burbank Blvd. |
| | Burbank, CA 91505  United States |

**Telephone:** 818-729-9276

## Certification

| | |
|---|---|
| **Name:** | Steven Gallon |
| **Date:** | August 30, 2011 |

Page 4 of 4

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-789-855

**Effective date of
registration:**

August 30, 2011

---

**Title**

**Title of Work:** Group Registration Photos, Jordan Dahl 1 Shemale Yum, published December 18, 2009;
87 photos

**Contents Titles:** jordandahl1001.jpg, December 18, 2009

jordandahl1002.jpg, December 18, 2009

jordandahl1003.jpg, December 18, 2009

jordandahl1004.jpg, December 18, 2009

jordandahl1005.jpg, December 18, 2009

jordandahl1006.jpg, December 18, 2009

jordandahl1007.jpg, December 18, 2009

jordandahl1008.jpg, December 18, 2009

jordandahl1009.jpg, December 18, 2009

jordandahl1010.jpg, December 18, 2009

jordandahl1011.jpg, December 18, 2009

jordandahl1012.jpg, December 18, 2009

jordandahl1013.jpg, December 18, 2009

jordandahl1014.jpg, December 18, 2009

jordandahl1015.jpg, December 18, 2009

jordandahl1016.jpg, December 18, 2009

jordandahl1017.jpg, December 18, 2009

jordandahl1018.jpg, December 18, 2009

jordandahl1019.jpg, December 18, 2009

jordandahl1020.jpg, December 18, 2009

jordandahl1021.jpg, December 18, 2009

jordandahl1022.jpg, December 18, 2009

jordandahl1023.jpg, December 18, 2009

jordandahl1024.jpg, December 18, 2009

jordandahl1025.jpg, December 18, 2009

jordandahl1026.jpg, December 18, 2009

jordandahl1027.jpg, December 18, 2009

jordandahl1028.jpg, December 18, 2009

jordandahl1029.jpg, December 18, 2009

jordandahl1030.jpg, December 18, 2009

jordandahl1031.jpg, December 18, 2009

jordandahl1032.jpg, December 18, 2009

jordandahl1033.jpg, December 18, 2009

jordandahl1034.jpg, December 18, 2009

jordandahl1035.jpg, December 18, 2009

jordandahl1036.jpg, December 18, 2009

jordandahl1037.jpg, December 18, 2009

jordandahl1038.jpg, December 18, 2009

jordandahl1039.jpg, December 18, 2009

jordandahl1040.jpg, December 18, 2009

jordandahl1041.jpg, December 18, 2009

jordandahl1042.jpg, December 18, 2009

jordandahl1043.jpg, December 18, 2009

jordandahl1044.jpg, December 18, 2009

jordandahl1045.jpg, December 18, 2009

jordandahl1046.jpg, December 18, 2009

jordandahl1047.jpg, December 18, 2009

jordandahl1048.jpg, December 18, 2009

jordandahl1049.jpg, December 18, 2009

jordandahl1050.jpg, December 18, 2009

jordandahl1051.jpg, December 18, 2009

jordandahl1052.jpg, December 18, 2009

jordandahl1053.jpg, December 18, 2009

jordandahl1054.jpg, December 18, 2009

jordandahl1055.jpg, December 18, 2009

jordandahl1056.jpg, December 18, 2009

jordandahl1057.jpg, December 18, 2009

jordandahl1058.jpg, December 18, 2009

jordandahl1059.jpg, December 18, 2009

jordandahl1060.jpg, December 18, 2009

jordandahl1061.jpg, December 18, 2009

jordandahl1062.jpg, December 18, 2009

jordandahl1063.jpg, December 18, 2009



jordandahl1064.jpg, December 18, 2009

jordandahl1065.jpg, December 18, 2009

jordandahl1066.jpg, December 18, 2009

jordandahl1067.jpg, December 18, 2009

jordandahl1068.jpg, December 18, 2009

jordandahl1069.jpg, December 18, 2009

jordandahl1070.jpg, December 18, 2009

jordandahl1071.jpg, December 18, 2009

jordandahl1072.jpg, December 18, 2009

jordandahl1073.jpg, December 18, 2009

jordandahl1074.jpg, December 18, 2009

jordandahl1075.jpg, December 18, 2009

jordandahl1076.jpg, December 18, 2009

jordandahl1077.jpg, December 18, 2009

jordandahl1078.jpg, December 18, 2009

jordandahl1079.jpg, December 18, 2009

jordandahl1080.jpg, December 18, 2009

jordandahl1081.jpg, December 18, 2009

jordandahl1082.jpg, December 18, 2009

jordandahl1083.jpg, December 18, 2009

jordandahl1084.jpg, December 18, 2009

jordandahl1085.jpg, December 18, 2009

jordandahl1086.jpg, December 18, 2009

jordandahl1087.jpg, December 18, 2009

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: December 18, 2009     Nation of 1st Publication: United States

## Author

Author: Millennium TGA, Inc.

Author Created: photograph(s)

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Millennium TGA, Inc. |
| **Name:** | Steven Gallon |
| **Email:** | swg@millenniumtga.com |
| **Address:** | 3133 W. Burbank Blvd. |
| | Burbank, CA 91505  United States |

**Telephone:**   818-729-9276

## Certification

| | |
|---|---|
| **Name:** | Steven Gallon |
| **Date:** | August 30, 2011 |

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-789-859**

**Effective date of
registration:**

August 30, 2011

---

**Title** ────────────────────────────────────────

**Title of Work:** Group Registration Photos, Kamely Girl of the Month Shemale Yum, published August 12, 2007; 81 photos

**Contents Titles:** kamelygom052.jpg, August 12, 2007

kamelygom053.jpg, August 12, 2007

kamelygom054.jpg, August 12, 2007

kamelygom055.jpg, August 12, 2007

kamelygom056.jpg, August 12, 2007

kamelygom057.jpg, August 12, 2007

kamelygom058.jpg, August 12, 2007

kamelygom059.jpg, August 12, 2007

kamelygom060.jpg, August 12, 2007

kamelygom061.jpg, August 12, 2007

kamelygom062.jpg, August 12, 2007

kamelygom063.jpg, August 12, 2007

kamelygom064.jpg, August 12, 2007

kamelygom065.jpg, August 12, 2007

kamelygom066.jpg, August 12, 2007

kamelygom067.jpg, August 12, 2007

kamelygom068.jpg, August 12, 2007

kamelygom069.jpg, August 12, 2007

kamelygom070.jpg, August 12, 2007

kamelygom071.jpg, August 12, 2007

kamelygom072.jpg, August 12, 2007

kamelygom073.jpg, August 12, 2007

kamelygom074.jpg, August 12, 2007

kamelygom075.jpg, August 12, 2007

kamelygom076.jpg, August 12, 2007

kamelygom077.jpg, August 12, 2007

kamelygom078.jpg, August 12, 2007

kamelygom079.jpg, August 12, 2007

kamelygom080.jpg, August 12, 2007

kamelygom081.jpg, August 12, 2007

kamelygom001.jpg, August 12, 2007

kamelygom002.jpg, August 12, 2007

kamelygom003.jpg, August 12, 2007

kamelygom004.jpg, August 12, 2007

kamelygom005.jpg, August 12, 2007

kamelygom006.jpg, August 12, 2007

kamelygom007.jpg, August 12, 2007

kamelygom008.jpg, August 12, 2007

kamelygom009.jpg, August 12, 2007

kamelygom010.jpg, August 12, 2007

kamelygom011.jpg, August 12, 2007

kamelygom012.jpg, August 12, 2007

kamelygom013.jpg, August 12, 2007

kamelygom014.jpg, August 12, 2007

kamelygom015.jpg, August 12, 2007

kamelygom016.jpg, August 12, 2007

kamelygom017.jpg, August 12, 2007

kamelygom018.jpg, August 12, 2007

kamelygom019.jpg, August 12, 2007

kamelygom020.jpg, August 12, 2007

kamelygom021.jpg, August 12, 2007

kamelygom022.jpg, August 12, 2007

kamelygom023.jpg, August 12, 2007

kamelygom024.jpg, August 12, 2007

kamelygom025.jpg, August 12, 2007

kamelygom026.jpg, August 12, 2007

kamelygom027.jpg, August 12, 2007

kamelygom028.jpg, August 12, 2007

kamelygom029.jpg, August 12, 2007

kamelygom030.jpg, August 12, 2007

kamelygom031.jpg, August 12, 2007

kamelygom032.jpg, August 12, 2007

kamelygom033.jpg, August 12, 2007

0000VA000178985903Q1

kamelygom034.jpg, August 12, 2007

kamelygom035.jpg, August 12, 2007

kamelygom036.jpg, August 12, 2007

kamelygom037.jpg, August 12, 2007

kamelygom038.jpg, August 12, 2007

kamelygom039.jpg, August 12, 2007

kamelygom040.jpg, August 12, 2007

kamelygom041.jpg, August 12, 2007

kamelygom042.jpg, August 12, 2007

kamelygom043.jpg, August 12, 2007

kamelygom044.jpg, August 12, 2007

kamelygom045.jpg, August 12, 2007

kamelygom046.jpg, August 12, 2007

kamelygom047.jpg, August 12, 2007

kamelygom048.jpg, August 12, 2007

kamelygom049.jpg, August 12, 2007

kamelygom050.jpg, August 12, 2007

kamelygom051.jpg, August 12, 2007

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 12, 2007     **Nation of 1st Publication:** United States

## Author

■    **Author:** Millennium TGA, Inc.

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** swg@millenniumtga.com     **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 30, 2011



# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-789-850**

**Effective date of registration:**

August 30, 2011

---

**Title** ――――――――――――――――――――――――

**Title of Work:** Group Registration Photos, Kamora 9 Black TGirls, published December 14, 2010; 105 photos

**Contents Titles:** kamora9001.jpg, December 14, 2010

kamora9002.jpg, December 14, 2010

kamora9003.jpg, December 14, 2010

kamora9004.jpg, December 14, 2010

kamora9005.jpg, December 14, 2010

kamora9006.jpg, December 14, 2010

kamora9007.jpg, December 14, 2010

kamora9008.jpg, December 14, 2010

kamora9009.jpg, December 14, 2010

kamora9010.jpg, December 14, 2010

kamora9011.jpg, December 14, 2010

kamora9012.jpg, December 14, 2010

kamora9013.jpg, December 14, 2010

kamora9014.jpg, December 14, 2010

kamora9015.jpg, December 14, 2010

kamora9016.jpg, December 14, 2010

kamora9017.jpg, December 14, 2010

kamora9018.jpg, December 14, 2010

kamora9019.jpg, December 14, 2010

kamora9020.jpg, December 14, 2010

kamora9021.jpg, December 14, 2010

kamora9022.jpg, December 14, 2010

kamora9023.jpg, December 14, 2010

kamora9024.jpg, December 14, 2010

kamora9025.jpg, December 14, 2010
kamora9026.jpg, December 14, 2010
kamora9027.jpg, December 14, 2010
kamora9028.jpg, December 14, 2010
kamora9029.jpg, December 14, 2010
kamora9030.jpg, December 14, 2010
kamora9031.jpg, December 14, 2010
kamora9032.jpg, December 14, 2010
kamora9033.jpg, December 14, 2010
kamora9034.jpg, December 14, 2010
kamora9035.jpg, December 14, 2010
kamora9035.jpg, December 14, 2010
kamora9036.jpg, December 14, 2010
kamora9037.jpg, December 14, 2010
kamora9038.jpg, December 14, 2010
kamora9039.jpg, December 14, 2010
kamora9040.jpg, December 14, 2010
kamora9041.jpg, December 14, 2010
kamora9042.jpg, December 14, 2010
kamora9043.jpg, December 14, 2010
kamora9044.jpg, December 14, 2010
kamora9045.jpg, December 14, 2010
kamora9046.jpg, December 14, 2010
kamora9047.jpg, December 14, 2010
kamora9048.jpg, December 14, 2010
kamora9049.jpg, December 14, 2010
kamora9050.jpg, December 14, 2010
kamora9051.jpg, December 14, 2010
kamora9052.jpg, December 14, 2010
kamora9053.jpg, December 14, 2010
kamora9054.jpg, December 14, 2010
kamora9055.jpg, December 14, 2010
kamora9056.jpg, December 14, 2010
kamora9057.jpg, December 14, 2010
kamora9058.jpg, December 14, 2010
kamora9059.jpg, December 14, 2010
kamora9060.jpg, December 14, 2010
kamora9061.jpg, December 14, 2010
kamora9062.jpg, December 14, 2010



kamora9063.jpg, December 14, 2010

kamora9064.jpg, December 14, 2010

kamora9065.jpg, December 14, 2010

kamora9066.jpg, December 14, 2010

kamora9067.jpg, December 14, 2010

kamora9068.jpg, December 14, 2010

kamora9069.jpg, December 14, 2010

kamora9070.jpg, December 14, 2010

kamora9071.jpg, December 14, 2010

kamora9072.jpg, December 14, 2010

kamora9073.jpg, December 14, 2010

kamora9074.jpg, December 14, 2010

kamora9075.jpg, December 14, 2010

kamora9076.jpg, December 14, 2010

kamora9077.jpg, December 14, 2010

kamora9078.jpg, December 14, 2010

kamora9079.jpg, December 14, 2010

kamora9080.jpg, December 14, 2010

kamora9081.jpg, December 14, 2010

kamora9082.jpg, December 14, 2010

kamora9083.jpg, December 14, 2010

kamora9084.jpg, December 14, 2010

kamora9085.jpg, December 14, 2010

kamora9086.jpg, December 14, 2010

kamora9087.jpg, December 14, 2010

kamora9088.jpg, December 14, 2010

kamora9089.jpg, December 14, 2010

kamora9090.jpg, December 14, 2010

kamora9091.jpg, December 14, 2010

kamora9092.jpg, December 14, 2010

kamora9093.jpg, December 14, 2010

kamora9094.jpg, December 14, 2010

kamora9095.jpg, December 14, 2010

kamora9096.jpg, December 14, 2010

kamora9097.jpg, December 14, 2010

kamora9098.jpg, December 14, 2010

kamora9099.jpg, December 14, 2010

kamora9100.jpg, December 14, 2010

kamora9101.jpg, December 14, 2010

kamora9102.jpg, December 14, 2010

kamora9103.jpg, December 14, 2010

kamora9104.jpg, December 14, 2010

kamora9105.jpg, December 14, 2010

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | December 14, 2010 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| ■ **Author:** | Millennium TGA, Inc. |
| **Author Created:** | photograph(s) |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Millennium TGA, Inc. |
| **Name:** | Steven Gallon |
| **Email:** | swg@millenniumtga.com |
| **Address:** | 3133 W. Burbank Blvd. |
| | Burbank, CA 91505  United States |

**Telephone:** 818-729-9276

## Certification

| | |
|---|---|
| **Name:** | Steven Gallon |
| **Date:** | August 30, 2011 |

# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-789-860**

**Effective date of registration:**

August 30, 2011

---

## Title

**Title of Work:** Group Registration Photos, Melania 11 Shemale Yum, published October 22, 2010; 103 photos

**Contents Titles:** melania11080.jpg, October 22, 2010

melania11081.jpg, October 22, 2010

melania11082.jpg, October 22, 2010

melania11083.jpg, October 22, 2010

melania11084.jpg, October 22, 2010

melania11085.jpg, October 22, 2010

melania11086.jpg, October 22, 2010

melania11087.jpg, October 22, 2010

melania11088.jpg, October 22, 2010

melania11089.jpg, October 22, 2010

melania11090.jpg, October 22, 2010

melania11091.jpg, October 22, 2010

melania11092.jpg, October 22, 2010

melania11093.jpg, October 22, 2010

melania11094.jpg, October 22, 2010

melania11095.jpg, October 22, 2010

melania11096.jpg, October 22, 2010

melania11097.jpg, October 22, 2010

melania11098.jpg, October 22, 2010

melania11099.jpg, October 22, 2010

melania11100.jpg, October 22, 2010

melania11101.jpg, October 22, 2010

melania11102.jpg, October 22, 2010

melania11103.jpg, October 22, 2010

melania11001.jpg, October 22, 2010
melania11002.jpg, October 22, 2010
melania11003.jpg, October 22, 2010
melania11004.jpg, October 22, 2010
melania11005.jpg, October 22, 2010
melania11006.jpg, October 22, 2010
melania11007.jpg, October 22, 2010
melania11008.jpg, October 22, 2010
melania11009.jpg, October 22, 2010
melania11010.jpg, October 22, 2010
melania11011.jpg, October 22, 2010
melania11012.jpg, October 22, 2010
melania11013.jpg, October 22, 2010
melania11014.jpg, October 22, 2010
melania11015.jpg, October 22, 2010
melania11016.jpg, October 22, 2010
melania11017.jpg, October 22, 2010
melania11018.jpg, October 22, 2010
melania11019.jpg, October 22, 2010
melania11020.jpg, October 22, 2010
melania11021.jpg, October 22, 2010
melania11022.jpg, October 22, 2010
melania11023.jpg, October 22, 2010
melania11024.jpg, October 22, 2010
melania11025.jpg, October 22, 2010
melania11026.jpg, October 22, 2010
melania11027.jpg, October 22, 2010
melania11028.jpg, October 22, 2010
melania11029.jpg, October 22, 2010
melania11030.jpg, October 22, 2010
melania11031.jpg, October 22, 2010
melania11032.jpg, October 22, 2010
melania11033.jpg, October 22, 2010
melania11034.jpg, October 22, 2010
melania11035.jpg, October 22, 2010
melania11036.jpg, October 22, 2010
melania11037.jpg, October 22, 2010
melania11038.jpg, October 22, 2010
melania11039.jpg, October 22, 2010



melania11040.jpg, October 22, 2010
melania11041.jpg, October 22, 2010
melania11042.jpg, October 22, 2010
melania11043.jpg, October 22, 2010
melania11044.jpg, October 22, 2010
melania11045.jpg, October 22, 2010
melania11046.jpg, October 22, 2010
melania11047.jpg, October 22, 2010
melania11048.jpg, October 22, 2010
melania11049.jpg, October 22, 2010
melania11050.jpg, October 22, 2010
melania11051.jpg, October 22, 2010
melania11052.jpg, October 22, 2010
melania11053.jpg, October 22, 2010
melania11054.jpg, October 22, 2010
melania11055.jpg, October 22, 2010
melania11056.jpg, October 22, 2010
melania11057.jpg, October 22, 2010
melania11058.jpg, October 22, 2010
melania11059.jpg, October 22, 2010
melania11060.jpg, October 22, 2010
melania11061.jpg, October 22, 2010
melania11062.jpg, October 22, 2010
melania11063.jpg, October 22, 2010
melania11064.jpg, October 22, 2010
melania11065.jpg, October 22, 2010
melania11066.jpg, October 22, 2010
melania11067.jpg, October 22, 2010
melania11068.jpg, October 22, 2010
melania11069.jpg, October 22, 2010
melania11070.jpg, October 22, 2010
melania11071.jpg, October 22, 2010
melania11072.jpg, October 22, 2010
melania11073.jpg, October 22, 2010
melania11074.jpg, October 22, 2010
melania11075.jpg, October 22, 2010
melania11076.jpg, October 22, 2010
melania11077.jpg, October 22, 2010
melania11078.jpg, October 22, 2010

melania11079.jpg, October 22, 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 22, 2010   **Nation of 1st Publication:** United States

## Author

**Author:** Millennium TGA, Inc.

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** swg@millenniumtga.com   **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 30, 2011

# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-789-868

**Effective date of registration:**

August 30, 2011

---

## Title

**Title of Work:** Group Registration Photos, Nelly 4 Shemale Yum, published October 30, 2009; 115 photos

**Contents Titles:** nelly4001.jpg, October 30, 2009

nelly4002.jpg, October 30, 2009

nelly4003.jpg, October 30, 2009

nelly4004.jpg, October 30, 2009

nelly4005.jpg, October 30, 2009

nelly4006.jpg, October 30, 2009

nelly4007.jpg, October 30, 2009

nelly4008.jpg, October 30, 2009

nelly4009.jpg, October 30, 2009

nelly4010.jpg, October 30, 2009

nelly4011.jpg, October 30, 2009

nelly4012.jpg, October 30, 2009

nelly4013.jpg, October 30, 2009

nelly4014.jpg, October 30, 2009

nelly4015.jpg, October 30, 2009

nelly4016.jpg, October 30, 2009

nelly4017.jpg, October 30, 2009

nelly4018.jpg, October 30, 2009

nelly4019.jpg, October 30, 2009

nelly4020.jpg, October 30, 2009

nelly4021.jpg, October 30, 2009

nelly4022.jpg, October 30, 2009

nelly4023.jpg, October 30, 2009

nelly4024.jpg, October 30, 2009

nelly4025.jpg, October 30, 2009
nelly4026.jpg, October 30, 2009
nelly4027.jpg, October 30, 2009
nelly4028.jpg, October 30, 2009
nelly4029.jpg, October 30, 2009
nelly4030.jpg, October 30, 2009
nelly4031.jpg, October 30, 2009
nelly4032.jpg, October 30, 2009
nelly4033.jpg, October 30, 2009
nelly4034.jpg, October 30, 2009
nelly4035.jpg, October 30, 2009
nelly4036.jpg, October 30, 2009
nelly4037.jpg, October 30, 2009
nelly4038.jpg, October 30, 2009
nelly4039.jpg, October 30, 2009
nelly4040.jpg, October 30, 2009
nelly4041.jpg, October 30, 2009
nelly4042.jpg, October 30, 2009
nelly4043.jpg, October 30, 2009
nelly4044.jpg, October 30, 2009
nelly4045.jpg, October 30, 2009
nelly4046.jpg, October 30, 2009
nelly4047.jpg, October 30, 2009
nelly4048.jpg, October 30, 2009
nelly4049.jpg, October 30, 2009
nelly4050.jpg, October 30, 2009
nelly4051.jpg, October 30, 2009
nelly4052.jpg, October 30, 2009
nelly4053.jpg, October 30, 2009
nelly4054.jpg, October 30, 2009
nelly4055.jpg, October 30, 2009
nelly4056.jpg, October 30, 2009
nelly4057.jpg, October 30, 2009
nelly4058.jpg, October 30, 2009
nelly4059.jpg, October 30, 2009
nelly4060.jpg, October 30, 2009
nelly4061.jpg, October 30, 2009
nelly4062.jpg, October 30, 2009
nelly4063.jpg, October 30, 2009



nelly4064.jpg, October 30, 2009
nelly4065.jpg, October 30, 2009
nelly4066.jpg, October 30, 2009
nelly4067.jpg, October 30, 2009
nelly4068.jpg, October 30, 2009
nelly4069.jpg, October 30, 2009
nelly4070.jpg, October 30, 2009
nelly4071.jpg, October 30, 2009
nelly4072.jpg, October 30, 2009
nelly4073.jpg, October 30, 2009
nelly4074.jpg, October 30, 2009
nelly4075.jpg, October 30, 2009
nelly4076.jpg, October 30, 2009
nelly4077.jpg, October 30, 2009
nelly4078.jpg, October 30, 2009
nelly4079.jpg, October 30, 2009
nelly4080.jpg, October 30, 2009
nelly4081.jpg, October 30, 2009
nelly4082.jpg, October 30, 2009
nelly4083.jpg, October 30, 2009
nelly4084.jpg, October 30, 2009
nelly4085.jpg, October 30, 2009
nelly4086.jpg, October 30, 2009
nelly4087.jpg, October 30, 2009
nelly4088.jpg, October 30, 2009
nelly4089.jpg, October 30, 2009
nelly4090.jpg, October 30, 2009
nelly4091.jpg, October 30, 2009
nelly4092.jpg, October 30, 2009
nelly4093.jpg, October 30, 2009
nelly4094.jpg, October 30, 2009
nelly4095.jpg, October 30, 2009
nelly4096.jpg, October 30, 2009
nelly4097.jpg, October 30, 2009
nelly4098.jpg, October 30, 2009
nelly4099.jpg, October 30, 2009
nelly4100.jpg, October 30, 2009
nelly4101.jpg, October 30, 2009
nelly4102.jpg, October 30, 2009

nelly4103.jpg, October 30, 2009

nelly4104.jpg, October 30, 2009

nelly4105.jpg, October 30, 2009

nelly4106.jpg, October 30, 2009

nelly4107.jpg, October 30, 2009

nelly4108.jpg, October 30, 2009

nelly4109.jpg, October 30, 2009

nelly4110.jpg, October 30, 2009

nelly4111.jpg, October 30, 2009

nelly4112.jpg, October 30, 2009

nelly4113.jpg, October 30, 2009

nelly4114.jpg, October 30, 2009

nelly4115.jpg, October 30, 2009

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 30, 2009          **Nation of 1st Publication:** United States

## Author

**Author:** Millennium TGA, Inc.

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** swg@millenniumtga.com          **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 30, 2011

# EXHIBIT I

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-789-854**

**Effective date of
registration:**

August 30, 2011

---

## Title

**Title of Work:** Group Registration Photos, Rachel 1 Shemale Yum, published April 23, 2010; 96 photos

**Contents Titles:** rachel1001.jpg, April 23, 2010

rachel1002.jpg, April 23, 2010

rachel1003.jpg, April 23, 2010

rachel1004.jpg, April 23, 2010

rachel1005.jpg, April 23, 2010

rachel1006.jpg, April 23, 2010

rachel1007.jpg, April 23, 2010

rachel1008.jpg, April 23, 2010

rachel1009.jpg, April 23, 2010

rachel1010.jpg, April 23, 2010

rachel1011.jpg, April 23, 2010

rachel1012.jpg, April 23, 2010

rachel1013.jpg, April 23, 2010

rachel1014.jpg, April 23, 2010

rachel1015.jpg, April 23, 2010

rachel1016.jpg, April 23, 2010

rachel1017.jpg, April 23, 2010

rachel1018.jpg, April 23, 2010

rachel1019.jpg, April 23, 2010

rachel1020.jpg, April 23, 2010

rachel1021.jpg, April 23, 2010

rachel1022.jpg, April 23, 2010

rachel1023.jpg, April 23, 2010

rachel1024.jpg, April 23, 2010

rachel1025.jpg, April 23, 2010

rachel1026.jpg, April 23, 2010

rachel1027.jpg, April 23, 2010

rachel1028.jpg, April 23, 2010

rachel1029.jpg, April 23, 2010

rachel1030.jpg, April 23, 2010

rachel1031.jpg, April 23, 2010

rachel1032.jpg, April 23, 2010

rachel1033.jpg, April 23, 2010

rachel1034.jpg, April 23, 2010

rachel1035.jpg, April 23, 2010

rachel1036.jpg, April 23, 2010

rachel1037.jpg, April 23, 2010

rachel1038.jpg, April 23, 2010

rachel1039.jpg, April 23, 2010

rachel1040.jpg, April 23, 2010

rachel1041.jpg, April 23, 2010

rachel1042.jpg, April 23, 2010

rachel1043.jpg, April 23, 2010

rachel1044.jpg, April 23, 2010

rachel1045.jpg, April 23, 2010

rachel1046.jpg, April 23, 2010

rachel1047.jpg, April 23, 2010

rachel1048.jpg, April 23, 2010

rachel1049.jpg, April 23, 2010

rachel1050.jpg, April 23, 2010

rachel1051.jpg, April 23, 2010

rachel1052.jpg, April 23, 2010

rachel1053.jpg, April 23, 2010

rachel1054.jpg, April 23, 2010

rachel1055.jpg, April 23, 2010

rachel1056.jpg, April 23, 2010

rachel1057.jpg, April 23, 2010

rachel1058.jpg, April 23, 2010

rachel1059.jpg, April 23, 2010

rachel1060.jpg, April 23, 2010

rachel1061.jpg, April 23, 2010

rachel1062.jpg, April 23, 2010

rachel1063.jpg, April 23, 2010

rachel1064.jpg, April 23, 2010

rachel1065.jpg, April 23, 2010

rachel1066.jpg, April 23, 2010

rachel1067.jpg, April 23, 2010

rachel1068.jpg, April 23, 2010

rachel1069.jpg, April 23, 2010

rachel1070.jpg, April 23, 2010

rachel1071.jpg, April 23, 2010

rachel1072.jpg, April 23, 2010

rachel1073.jpg, April 23, 2010

rachel1074.jpg, April 23, 2010

rachel1075.jpg, April 23, 2010

rachel1076.jpg, April 23, 2010

rachel1077.jpg, April 23, 2010

rachel1078.jpg, April 23, 2010

rachel1079.jpg, April 23, 2010

rachel1080.jpg, April 23, 2010

rachel1081.jpg, April 23, 2010

rachel1082.jpg, April 23, 2010

rachel1083.jpg, April 23, 2010

rachel1084.jpg, April 23, 2010

rachel1085.jpg, April 23, 2010

rachel1086.jpg, April 23, 2010

rachel1087.jpg, April 23, 2010

rachel1088.jpg, April 23, 2010

rachel1089.jpg, April 23, 2010

rachel1090.jpg, April 23, 2010

rachel1091.jpg, April 23, 2010

rachel1092.jpg, April 23, 2010

rachel1093.jpg, April 23, 2010

rachel1094.jpg, April 23, 2010

rachel1095.jpg, April 23, 2010

rachel1096.jpg, April 23, 2010

## Completion/Publication

**Year of Completion:**  2010

**Date of 1st Publication:**  April 23, 2010          **Nation of 1st Publication:** United States

## Author

**Author:** Millennium TGA, Inc.

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** swg@millenniumtga.com       **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 30, 2011

# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-789-857

**Effective date of registration:**

August 30, 2011

---

## Title

**Title of Work:** Group Registration Photos, Samantha H. 1 Shemale Yum, published May 15, 2009; 90 photos

**Contents Titles:** samanthaH1001.jpg, May 15, 2009

samanthaH1002.jpg, May 15, 2009

samanthaH1003.jpg, May 15, 2009

samanthaH1004.jpg, May 15, 2009

samanthaH1005.jpg, May 15, 2009

samanthaH1006.jpg, May 15, 2009

samanthaH1007.jpg, May 15, 2009

samanthaH1008.jpg, May 15, 2009

samanthaH1009.jpg, May 15, 2009

samanthaH1010.jpg, May 15, 2009

samanthaH1011.jpg, May 15, 2009

samanthaH1012.jpg, May 15, 2009

samanthaH1013.jpg, May 15, 2009

samanthaH1014.jpg, May 15, 2009

samanthaH1015.jpg, May 15, 2009

samanthaH1016.jpg, May 15, 2009

samanthaH1017.jpg, May 15, 2009

samanthaH1018.jpg, May 15, 2009

samanthaH1019.jpg, May 15, 2009

samanthaH1020.jpg, May 15, 2009

samanthaH1021.jpg, May 15, 2009

samanthaH1022.jpg, May 15, 2009

samanthaH1023.jpg, May 15, 2009

samanthaH1024.jpg, May 15, 2009

samanthaH1025.jpg, May 15, 2009

samanthaH1026.jpg, May 15, 2009

samanthaH1027.jpg, May 15, 2009

samanthaH1028.jpg, May 15, 2009

samanthaH1029.jpg, May 15, 2009

samanthaH1030.jpg, May 15, 2009

samanthaH1031.jpg, May 15, 2009

samanthaH1032.jpg, May 15, 2009

samanthaH1033.jpg, May 15, 2009

samanthaH1034.jpg, May 15, 2009

samanthaH1035.jpg, May 15, 2009

samanthaH1036.jpg, May 15, 2009

samanthaH1037.jpg, May 15, 2009

samanthaH1038.jpg, May 15, 2009

samanthaH1039.jpg, May 15, 2009

samanthaH1040.jpg, May 15, 2009

samanthaH1041.jpg, May 15, 2009

samanthaH1042.jpg, May 15, 2009

samanthaH1043.jpg, May 15, 2009

samanthaH1044.jpg, May 15, 2009

samanthaH1045.jpg, May 15, 2009

samanthaH1046.jpg, May 15, 2009

samanthaH1047.jpg, May 15, 2009

samanthaH1048.jpg, May 15, 2009

samanthaH1049.jpg, May 15, 2009

samanthaH1050.jpg, May 15, 2009

samanthaH1051.jpg, May 15, 2009

samanthaH1052.jpg, May 15, 2009

samanthaH1053.jpg, May 15, 2009

samanthaH1054.jpg, May 15, 2009

samanthaH1055.jpg, May 15, 2009

samanthaH1056.jpg, May 15, 2009

samanthaH1057.jpg, May 15, 2009

samanthaH1058.jpg, May 15, 2009

samanthaH1059.jpg, May 15, 2009

samanthaH1060.jpg, May 15, 2009

samanthaH1061.jpg, May 15, 2009

samanthaH1062.jpg, May 15, 2009

samanthaH1063.jpg, May 15, 2009



samanthaH1064.jpg, May 15, 2009

samanthaH1065.jpg, May 15, 2009

samanthaH1066.jpg, May 15, 2009

samanthaH1067.jpg, May 15, 2009

samanthaH1068.jpg, May 15, 2009

samanthaH1069.jpg, May 15, 2009

samanthaH1070.jpg, May 15, 2009

samanthaH1071.jpg, May 15, 2009

samanthaH1072.jpg, May 15, 2009

samanthaH1073.jpg, May 15, 2009

samanthaH1074.jpg, May 15, 2009

samanthaH1075.jpg, May 15, 2009

samanthaH1076.jpg, May 15, 2009

samanthaH1077.jpg, May 15, 2009

samanthaH1078.jpg, May 15, 2009

samanthaH1079.jpg, May 15, 2009

samanthaH1080.jpg, May 15, 2009

samanthaH1081.jpg, May 15, 2009

samanthaH1082.jpg, May 15, 2009

samanthaH1083.jpg, May 15, 2009

samanthaH1084.jpg, May 15, 2009

samanthaH1085.jpg, May 15, 2009

samanthaH1086.jpg, May 15, 2009

samanthaH1087.jpg, May 15, 2009

samanthaH1088.jpg, May 15, 2009

samanthaH1089.jpg, May 15, 2009

samanthaH1090.jpg, May 15, 2009

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 15, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Millennium TGA, Inc.

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Millennium TGA, Inc. |
| **Name:** | Steven  Gallon |
| **Email:** | swg@millenniumtga.com |
| **Address:** | 3133 W. Burbank Blvd. |
| | Burbank, CA 91505  United States |

**Telephone:**   818-729-9276

## Certification

| | |
|---|---|
| **Name:** | Steven Gallon |
| **Date:** | August 30, 2011 |



# EXHIBIT K

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-772-357

**Effective date of registration:**

August 29, 2011

---

## Title

**Title of Work:** Jordan Dahl 1, Shemale Yum, December 18, 2009

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 18, 2009    **Nation of 1st Publication:** United States

## Author

■  **Author:** Millennium TGA, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505, United States

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** admin@grooby.com    **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 22, 2011

---

# EXHIBIT L

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-772-361**

**Effective date of
registration:**

**August 29, 2011**

---

## Title

**Title of Work:** Kamora 9, Black TGirls, December 14, 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 14, 2010     **Nation of 1st Publication:** United States

## Author

■       **Author:** Millennium TGA, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505, United States

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** admin@grooby.com                         **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 22, 2011

---

# EXHIBIT M

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-772-363

**Effective date of registration:**

August 29, 2011

## Title

**Title of Work:** Melania 1, Shemale Yum, October 22, 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 22, 2010     **Nation of 1st Publication:** United States

## Author

**Author:** Millennium TGA, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505, United States

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** admin@grooby.com     **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 22, 2011

# EXHIBIT N

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-772-364

**Effective date of registration:**

August 29, 2011

## Title

**Title of Work:** Anzel1, Shemale Yum, May 14, 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 14, 2010      **Nation of 1st Publication:** United States

## Author

**Author:** Millennium TGA, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** swg@millenniumtga.com      **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505 United States

## Certification

**Name:** Steven Gallon

**Date:** August 22, 2011

# EXHIBIT O

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-772-365

**Effective date of
registration:**

August 29, 2011

---

## Title

**Title of Work:** Amanda1, Shemale Yum, January 7, 2011

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 7, 2011   **Nation of 1st Publication:** United States

## Author

■   **Author:** Millennium TGA, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505, United States

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** admin@grooby.com   **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 22, 2011

---

# EXHIBIT P

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-772-366

**Effective date of
registration:**

August 29, 2011

---

## Title

**Title of Work:** Brooke Zanell 3, Shemale Yum, June18, 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 18, 2010      **Nation of 1st Publication:** United States

## Author

■       **Author:** Millennium TGA, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505, United States

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** admin@grooby.com      **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 22, 2011

---

# EXHIBIT Q

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-772-368

**Effective date of registration:**

August 29, 2011

---

## Title

**Title of Work:** Chrissy 3, Shemale Yum, October 10, 2008

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** October 10, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Millennium TGA, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505, United States

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** admin@grooby.com          **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 22, 2011

---

# EXHIBIT R

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-772-369

**Effective date of registration:**

**August 29, 2011**

---

## Title

**Title of Work:** Ciara Dash 2, Black TGirls, October 5, 2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 5, 2010        **Nation of 1st Publication:** United States

## Author

■        **Author:** Millennium TGA, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Millennium TGA, Inc.

3133 W. Burbank Blvd., Burbank, CA, 91505, United States

## Rights and Permissions

**Organization Name:** Millennium TGA, Inc.

**Name:** Steven Gallon

**Email:** admin@grooby.com        **Telephone:** 818-729-9276

**Address:** 3133 W. Burbank Blvd.

Burbank, CA 91505  United States

## Certification

**Name:** Steven Gallon

**Date:** August 22, 2011

---