UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Millennium TGA, Inc.                                NOTICE OF APPEARANCE

v.

Joel Leon and John Does 1-5
                                                    Case No. 12-CV-1360

-------------------------------------------------------------X

      Plaintiff Millennium TGA, Inc. hereby notifies the Court and Defendants that J. Malcolm DeVoy IV of Randazza Legal Group, upon being granted admission *pro hac vice* (Dkt. 4), is added as an attorney to be noticed in this case.  It is requested that all further pleadings be served on DeVoy as well as the Plaintiff's existing counsel, and that any contact by the Court or Defendants also be directed to his attention.

Date: April 2, 2012                     Respectfully submitted,

                                                    /s/ J. Malcolm DeVoy IV
                                        J. Malcolm DeVoy IV (admitted *pro hac vice*)
                                        jmd@randazza.com
                                        RANDAZZA LEGAL GROUP
                                        6525 W. Warm Springs Road, Suite 100
                                        Las Vegas, NV 89118
                                        Telephone:888-667-1113
                                        Facsimile: 305-437-7662

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served on all counsel appearing in this case through the Court's electronic notification system and via U.S. mail to:

Defendant (counsel unknown)

Joel Leon
50-05 43rd Avenue
Apartment # 6G
Woodside, NY 11377

This 2d day of April 2012

                                                   /s/ J. Malcolm DeVoy IV
                                                       J. Malcolm DeVoy IV