U.S. DISTRICT COURT OF THE STATE OF NEW YORK
EASTERN-NY COUNTY

MILLENNIUM TGA INC A HAWAII CORPORATION

INDEX #: CV 12 1360
DATE FILED:
Job #: 393407
Court Date: Time:

vs *Plaintiff*

JOEL LEON AN INDIVIDUAL

LEWIS & LIN LLC
45 MAIN STREET SUITE 608
BROOKLYN, NY 11201

*Defendant*

CLIENT'S FILE NO.:

**AFFIDAVIT OF SUITABLE SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

Ricardo Curo, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 4/5/2012 at 8:30pm at 50-05 43RD AVENUE APT 6G, WOODSIDE, NY 11377 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION on JOEL LEON therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with Julio Ortega Uncle a person of suitable age and discretion at 50-05 43RD AVENUE APT 6G, WOODSIDE, NY 11377 said premises being the recipient's usual place of abode within the State of New York.

Deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT IN A CIVIL ACTION on 4/6/2012 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Mailing was made to 50-05 43RD AVENUE APT 6G, WOODSIDE, NY 11377

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 51 - 65 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Male, **Approx Skin**: Brown, **Approx Hair**: Black/Gray

**Other:**

Deponent spoke to Julio Ortega-Uncle
Inquired as to the defendants place of business and received a negative reply and confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependant of anyone in the military and received a negative reply and that the defendant always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 4/6/2012
MAUREEN SCAROLA #01SC6127636
NASSAU County, Commission Expires 05/31/13



Ricardo Curo
0943913

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 - (516) 825-7600 FAX (516) 568-0812